1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIGE MONDESIR, | Case No. 2:25-03748-AH (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| THE PEOPLE OF VENTURA, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), the "Emergency Motion for Immediate Relief and to Stay State Proceedings" (Dkt. No. 6), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 10), Petitioner's Objections to the Report and Recommendation (Dkt. No. 19), and all the records and files herein. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections were made. See FED. R. CIV. P. 72(b)(3). The Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 10);

2. The "Emergency Motion for Immediate Relief and to Stay State Proceedings" is denied (Dkt. No. 6);

3. The Petition is dismissed without leave to amend and without prejudice (Dkt. No. 1);

4. All other pending motions and requests are denied as moot; and

5. Judgment is to be entered accordingly.

DATED:  JUNE 20, 2025

_____
THE HONORABLE ANNE HWANG
United States District Judge