1    JS-6

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  EDWIGE MONDESIR,                    Case No. 2:25-03748-AH (ADS)

12                    Petitioner,

13                    v.                 JUDGMENT

14  THE PEOPLE OF VENTURA, et al.,

15                    Respondents.

16

17       Pursuant to the Court's Order Accepting United States Magistrate Judge's Report

18  and Recommendation, the Court adjudges the Petition denied without prejudice.  All

19  other pending motions and requests are denied as moot.

20

21  DATED:   JUNE 20, 2025

22                                      _____

23                                      THE HONORABLE ANNE HWANG
                                        United States District Judge

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24